**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 26 DB 2017  (No. 21 RST 2017) |
| | : | |
| | : | |
| FERN FLEISCHER DAVES | : | Attorney Registration No.  57414 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
|   FROM INACTIVE STATUS | : | (Out of State) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2017, the Report and Recommendation of Disciplinary Board Member dated March 13, 2017, is approved and it is ORDERED that Fern Fleischer Daves, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.